# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| TIFFANY RAYBURN and MARQUITA PATTERSON on behalf of themselves individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 4:24-cv-00756-SEP |
| v. | Honorable Sarah E. Pitlyk |
| MERS MISSOURI GOODWILL INDUSTRIES, | |
| Defendant. | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Tiffany Rayburn And Marquita Patterson hereby give notice that their claims in this action against Defendant MERS Missouri Goodwill Industries, are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: December 2, 2024      By: */s/ Raina C. Borrelli*
                                       Raina C. Borrelli
                                       STRAUSS BORRELLI PLLC
                                       One Magnificent Mile
                                       980 N Michigan Avenue, Suite 1610
                                         Chicago IL, 60611
                                         Telephone: (872) 263-1100
                                         Facsimile: (872) 263-1109
                                         raina@straussborrelli.com

                                         *Attorneys for Plaintiffs and the Proposed Class*

1

## <u>CERTIFICATE OF SERVICE</u>

I, Raina C. Borrelli, hereby certify that on December 2, 2024, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to counsel of record, below, via the ECF system.

DATED this 2nd day of December, 2024.

STRAUSS BORRELLI PLLC

By:  */s/ Raina C. Borrelli*
     Raina C. Borrelli
     raina@straussborrelli.com
     STRAUSS BORRELLI PLLC
     One Magnificent Mile
     980 N Michigan Avenue, Suite 1610
     Chicago IL, 60611
     Telephone: (872) 263-1100
     Facsimile: (872) 263-1109